# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYRONE KESHAUN CRUM,<br><br>　　　　　Defendant. | Case No.: 2:16-cr- 00101-RFB<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR TYRONE KESHAUN CRUM (ID#) 1148184 |

The Court has set Change of Plea Hearing, therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **TYRONE KESHAUN CRUM** before the United States District Court at Las Vegas, Nevada, on or about **Friday, August 19, 2016 at 10:00 AM to attend a hearing in LV Courtroom 7D** and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 2nd day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**