# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE KESHAUN CRUM,<br><br>Defendant. | Case No. 2:16-cr-00101-RFB<br><br>**ORDER TO PRODUCE**<br>**TYRONE KESHAUN CRUM, #114814** |

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **TYRONE KESHAWN CRUM, #114814,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **TYRONE KESHAWN CRUM, #114814,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Friday, November 18, 2016, at the hour of 10:00 a.m**., to attend the a sentencing hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **TYRONE KESHAWN CRUM,**

**#114814**, is released and discharged by the said Court; and that the said **TYRONE KESHAWN CRUM, #114814,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 16th day of November, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**