Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 6, 2017**

Name of Offender: **Tyrone Keshaun Crum**

Case Number: **2:16CR00101**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **November 18, 2016**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **Time served, followed by 36 Months TSR.**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

Both the Federal Public Defender's Office and the offender have requested our assistance in obtaining halfway house placement for Crum. Crum is projected to release from state custody in September and will be without a viable release residence. To assist Crum, we request that Your Honor modify his release conditions to include placement in a residential re-entry center for a period of up to 90 days. The Federal Public Defender has met with Crum and witnessed him sign the attached waiver to modify his release conditions accordingly.

RE: Tyrone Keshaun Crum

Prob12B
D/NV Form
Rev. June 2014

        Respectfully submitted,

        Henry Stegman
        2017.07.06
        12:16:13 -07'00'

Henry Stegman
Senior United States Probation Officer

Approved:

Todd Fredlund
2017.07.06
11:03:53 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐     No Action.

☐     The extension of supervision as noted above.

☑     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

RICHARD F. BOULWARE, II
United States District Judge
<u>July 13, 2017</u>
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Reside in a Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of up to 90 days as approved and directed by the probation officer.

Witness _____     Signed _____
                                            Tyrone Crum

Date  6/13/17