# FILED UNDER SEAL

Case 2:16-cr-00101-RFB   Document 49   Filed 06/03/20   Page 1 of 6

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Tyrone Keshaun Crum**

Case Number: **2:16CR00101**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **November 18, 2016**

Original Offense: **Felon in Possession of Firearm, a Class C Felony**

Original Sentence: **1 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **October 10, 2017**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **You must not commit another federal, state or local crime.**

    A. On March 2, 2019, at approximately 9:30 a.m., the undersigned officer was contacted by the Las Vegas Metropolitan Police Department. The officer reported responding to a one vehicle accident, where the vehicle struck a light pole. Upon the officer's arrival, he found Mr. Crum sitting in the passenger seat asleep. No other parties were observed at the accident. The responding officer reported there was a strong odor of alcohol coming from Mr. Crum's person. An alcohol test was administered which revealed a BAC of 0.165%. Subsequently, a record check was conducted, which revealed Mr. Crum having a municipal warrant issued on February 2, 2019, for Driving While Suspended. Additionally, Mr. Crum failed to update his Felony Offender Registration. As a result, Mr. Crum was arrested.

RE: Tyrone Keshaun Crum

B. On June 23, 2019 at approximately 8:52 p.m., the undersigned officer was contacted by the Las Vegas Metropolitan Police Department (LVMPD). The officer indicated he was responding to an apartment for a Domestic Battery call.

Witnesses reported hearing Mr. Crum being in a heated argument with Diamond Peterson (his girlfriend/mother of his children). When they intervened, he was observed being on top of Ms. Peterson, striking her. Ms. Peterson was heard telling Mr. Crum, "don't punch me in my face anymore". Crum was pepper sprayed by Ms. Peterson's sister and the battery stopped. Mr. Crum left the residence threatening the witnesses. Witnesses made written statements regarding their observations. Ms. Peterson's statement simply said, "Tyrone did not hit me at all". LVMPD Event No.: 180600110102.

C. On March 18, 2020, Mr. Crum was arrested by the Las Vegas Metropolitan Police Department for battering, Diamond Peterson. LVMPD Event No.: 20030007912.

Following his arrest, the undersigned officer spoke with Ms. Peterson and inquired what had occurred. She reported Crum had been consuming alcohol, had attempted to engage with her in sexual activity which she declined. She reported this angered him resulting in them arguing. She reported their argument escalated and Crum grabbed her, and pushed her to the ground. As a result of being pushed to the ground her leg was "carpet burned". She reported calling the police, but Crum left prior to law enforcement's arrival. Crum returned shortly after law enforcement left the residence. She reported he was locked out of the residence but due to him kicking on the front door, she again called the police.

Peterson further reported that Crum had not sought employment since December 2019, and that he simply lies around the residence and drinks almost daily. She reported due to their conflicts her landlord has threatened to evict her and their children from the property. She considers their relationship had terminated many months ago but has permitted him to reside with her and their children due to feeling sorry for him. She reported due to his conduct with her, that he is no longer welcome at her residence.

On March 23, 2020, Crum contacted the undersigned officer. He reported being released from Clark County, Nevada Detention Center. When asked where he planned to reside, Crum indicated he had nowhere else to reside and intended to remain at Ms. Peterson's residence.

RE: Tyrone Keshaun Crum

    D. On April 7, 2020, the undersigned officer was contacted by the Las Vegas Metropolitan Police Department (LVMPD). The responding officer indicated that a traffic stop was initiated on a vehicle Crum was driving due to defective vehicle equipment. The officer reported Huey Fleming, a two-time sex offender, was with Crum during the traffic stop.

    The undersigned officer spoke to Crum and asked whose vehicle he was driving. Crum reported that the vehicle was his. When the undersigned officer pointed out that Crum's driver's license was suspended and that he should not be driving, Crum reported that he wanted to go to a store, so he drove. Crum was instructed by the undersigned officer to contact the probation office the next day. Crum failed to contact his assigned officer the following day as instructed.

2. **You must not communicate or interact with someone you know is engaged in criminal activity.**

On May 2, 2020, the undersigned received a call from a Detective with the North Las Vegas Police Department. He reported that on May 1, 2020, detectives and gang enforcement officers learned of a gang party that was to occur that evening at a Airbnb. Surveillance was conducted on the residence and officers observed approximately 150 adults and juveniles present at the party. Active identified gang members left the party resulting in several traffic stops being initiated. Contact was made with the renter of the residence who indicated he had no idea gang members were present at the party. He consented to a search of the residence. During the search, officers located two firearms and a large quantity of marijuana. Crum was identified attending the party along with multiple felons, state probationers, and multiple federal probationers.

3. **You shall obtain full time employment within the first three months of supervision.**

Mr. Crum has been unemployed since June 2019. He has not utilized FIT for job readiness programming. He has not provided this officer documentation related to his efforts to obtain employment or completing community service work.

4. **Participate and Complete GED Program - You shall participate and complete GED program within the first 10 months of supervision.**

Mr. Crum has not maintained stable employment or completed Community Service Work while being unemployed. Nor has he submitted verification of completing or participating in a GED program.

RE: Tyrone Keshaun Crum

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

**The term of supervision should be:**   ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 13, 2020**

Scott Phillips
2020.05.14
08:11:48 -07'00'

Scott Phillips
Senior United States Probation Officer

Approved:

2020.05.14
07:53:30 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐   No Action.
☐   The issuance of a warrant.
☑   The issuance of a summons.
☐   Other:

RICHARD F. BOULWARE, II
United States District Judge

June 3, 2020
Date

RE: Tyrone Keshaun Crum

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. TYRONE KESHAUN CRUM, 2:16CR00101

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### May 11, 2020

Mr. Crum has been before the Court multiple times for status related hearings due to multiple violations of the Court's orders. The hearings have primarily stemmed from him having prior domestic conflicts with Ms. Peterson, being unemployed, consuming alcohol irresponsibly, not participating in job readiness training nor completing community service work.

He has been referred to the following resources to address his instability:

1. Choices Counseling
2. Foundations of Independent Tomorrow (FIT)
3. Residential Reentry Center placement
4. GPS monitoring
5. Elevated reporting with the U.S. Probation office

Despite the resources provided, he is not exhibiting intrinsic motivation to live a stable, sober and responsible type of lifestyle.

The undersigned believes his conduct related to alcohol consumption and associating with gang members places the community at risk of harm. The undersigned believes all resources have been exhausted to reduce risks associated in this case. As a result, the undersigned believes revocation action is appropriate at this time.

Respectfully submitted,

Scott Phillips
2020.05.14
11:49:58 -07'00'

Scott Phillips
Senior United States Probation Officer

Approved:

2020.05.14
07:54:17 -07'00'

Joy Gabonia
Supervisory United States Probation Officer